IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 DEC 18 P 12: 15

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) MISC. NO. 2:07mc 3382 - T |
| v. | ) |
| | ) |
| COLONIAL BANK, | ) |
| Montgomery, AL, | ) |
| | ) |
| Garnishee, | ) |
| | ) |
| WILEY THOMAS, JR., | ) |
| | ) |
| Defendant | ) |

APPLICATION FOR WRIT OF EXECUTION

TO:    Honorable Debbie C. Hackett
       Clerk, United States District Court
       Middle District of Alabama
       Montgomery, Alabama 36101

Please issue writ of execution for the seizure from the garnishee, Colonial Bank,

Montgomery, AL 36104, all property held in the possession of Colonial Bank, Montgomery,

Alabama, in the name of Wiley Thomas, Jr., to compel performance of the judgment entered

November 13, 2007, in this cause.

Dated this  18 th  day of ___December___, 2007.

LEURA G. CANARY
United States Attorney

By: _____
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R

Post Office Box 197
Montgomery, AL  36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail:  rand.neeley@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 DEC 18 P 12: 16

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MISC. NO. 2:07mc 3382 -T |
| | ) | |
| COLONIAL BANK, | ) | |
| Montgomery, AL, | ) | |
| | ) | |
| Garnishee, | ) | |
| | ) | |
| WILEY THOMAS, JR., | ) | |
| | ) | |
| Defendant | ) | |

AFFIDAVIT

I, R. Randolph Neeley, having been first duly sworn, depose and say as follows:

1. I am an Assistant United States Attorney and represent the United States of America, plaintiff, herein.

2. Judgment was entered on November 13, 2007, for plaintiff and against defendant, Wiley Thomas, Jr., for the sum of $118,015.00. Lump sum payment of $118,015.00 was due immediately.

3. Defendant resides within the jurisdiction of this court at 26 Oldfield Drive, Montgomery, Alabama 36117.

4. The judgment has not been satisfied, vacated, reversed, or barred by the Statute of Limitations, and is one on which execution may properly issue.

5. The balance on the judgment as of December 18, 2007, is $117,915.00.

6. Upon information and belief, Wiley Thomas, Jr., defendant, has funds on deposit with Colonial Bank, Montgomery, Alabama 36104.

LEURA G. CANARY
United States Attorney

By:

R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Post Office Box 197
Montgomery, AL 36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail: rand.neeley@usdoj.gov

Sworn to and subscribed before

me this _8th_ day of ___December___, 2007.

_____
NOTARY PUBLIC