IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. No.: 2:06cr232-MHT |
| | ) | |
| WILEY THOMAS, JR. | ) | |
| _____ | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| COLONIAL BANK | ) | Misc. No.: 2:07mc3382-T |
| Montgomery, AL | ) | |
| (Garnishee) | ) | |
| | ) | |
| WILEY THOMAS, JR. | ) | |
| _____ | ) | |

**NOTICE OF APPEARANCE**

Michel Nicrosi respectfully gives notice to the Court of her appearance as counsel of record for the defendant, Colonial Bank.

                                              Respectfully submitted,

                                              s/Michel Nicrosi
                                              Michel Nicrosi [NICRM9542]
                                              Miller, Hamilton, Snider & Odom, L.L.C.
                                              P.O. Box 46
                                              Mobile, Alabama 36601-0046
                                              Phone: (251) 432-1414
                                              Fax:   (251) 433-4106
                                              E-mail: michelnicrosi@mhsolaw.com

## CERTIFICATE OF SERVICE

  I certify that on January 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

            s/Michel Nicrosi
            Michel Nicrosi [NICRM9542]
            Miller, Hamilton, Snider & Odom, L.L.C.
            P.O. Box 46
            Mobile, Alabama 36601
            Phone: (251) 432-1414
            Fax:    (251) 433-4106
            E-mail: michelnicrosi@mhsolaw.com