IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) MISC. NO. 2:07MC 3382-MHT |
| ING, USA, ANNUITY and LIFE INSURANCE COMPANY, | ) |
| Garnishee, | ) |
| WILEY THOMAS, JR., | ) |
| Defendant | ) |

## APPLICATION FOR WRIT OF GARNISHMENT

TO:   Honorable Debbie C. Hackett
      Clerk, United States District Court
      Middle District of Alabama
      Montgomery, Alabama 36101

Please issue writ of garnishment for the seizure from the garnishee, ING, USA, Annuity and Life Insurance Company, 5780 Powers Ferry Road, Atlanta, Georgia 30327, all property held in the possession of ING, USA, Annuity and Life Insurance Company, in the name of Wiley Thomas, Jr., to compel performance of the judgment entered November 13, 2007, in this cause.

Said defendant has refused to comply with said judgment as more fully appears from the affidavit of R. Randolph Neeley, Assistant United States Attorney, attached hereto as plaintiff's Exhibit A.

Dated this _3rd_ day of _March_, 2008.

                                              LEURA G. CANARY
                                              United States Attorney

By: _/s/ R. Randolph Neeley_
                                              R. RANDOLPH NEELEY
                                              Assistant United States Attorney
                                              Bar Number: 9083-E56R
                                              Post Office Box 197
                                              Montgomery, AL  36101-0197
                                              Telephone No.: (334) 223-7280
                                              Facsimile No.: (334) 223-7418
                                              E-mail: **rand.neeley@usdoj.gov**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | MISC. NO. 2:07mc3382-MHT |
| ) | |
| ING, USA, ANNUITY and LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Garnishee, ) | |
| ) | |
| WILEY THOMAS, JR., ) | |
| ) | |
| Defendant ) | |

## AFFIDAVIT

I, R. Randolph Neeley, having been first duly sworn, depose and say as follows:

1. I am an Assistant United States Attorney and represent the United States of America, plaintiff, herein.

2. Judgment was entered on November 13, 2007, for plaintiff and against defendant, Wiley Thomas, Jr., for the sum of $118,015.00, lump sum due immediately.

3. Defendant has made payments totaling $1,600.00 on this judgment.

4. Defendant resides within the jurisdiction of this court at 26 Oldfield Drive, Montgomery, Alabama 36117.

5. The judgment has not been satisfied, vacated, reversed, or barred by the Statute of Limitations, and is one on which execution may properly issue.

6. Demand was made on defendant on January 24, 2008, but defendant has failed and refused to satisfy said judgment in full.

7. The balance on the judgment as of February 28, 2008, is $116,415.00.

8. Upon information and belief, Wiley Thomas, Jr., defendant, has funds on deposit with ING, USA, Annuity and Life Insurance Company, Atlanta, Georgia, garnishee.

                                         LEURA G. CANARY
                                         United States Attorney

                           By: _____
                                         R. RANDOLPH NEELEY
                                         Assistant United States Attorney
                                         Bar Number: 9083-E56R
                                         Post Office Box 197
                                         Montgomery, AL  36101-0197
                                         Telephone No.: (334) 223-7280
                                         Facsimile No.: (334) 223-7418
                                         E-mail:  **rand.neeley@usdoj.gov**

Sworn to and subscribed before me this _____ day of _____, 2008.

_____
NOTARY PUBLIC