IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) MISC. NO. 2:07mc3382-MHT |
| ING, USA, ANNUITY and LIFE INSURANCE COMPANY, | ) |
| Garnishee, | ) |
| WILEY THOMAS, JR., | ) |
| Defendant | ) |

## WRIT OF GARNISHMENT

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF ALABAMA:

Judgment having been entered in the above cause on November 13, 2007, in the sum of $118,015.00, in favor of plaintiff, United States of America, and against the defendant, Wiley Thomas, Jr., said sum having not been paid, you are commanded to seize from the garnishee, ING, USA, Annuity and Life Insurance Company, any and all proceeds belonging to said defendant, Wiley Thomas, Jr., including but not limited to checking account funds, savings account funds, private reserve account funds, IRAs, CDs, and make return of this writ, and the execution thereof, according to law.

IN WITNESS WHEREOF, I, Debbie C. Hackett, Clerk of said Court, have Set My Hand this the 5th day of March, 2008.

DEBBIE C. HACKETT, Clerk
United States District Court
For the Middle District of Alabama

BY: _____
        Deputy Clerk