**DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

2008 APR 25 A 10: 29

| | |
|---|---|
| UNITED STATES OF AMERICA | MISC NO. 2:07MC3382-MHT |
| Plaintiff, | |
| vs. | FIRST ANSWER TO WRIT OF |
| WILEY THOMAS, JR | GARNISHMENT |
| Defendant(s), | |
| ING LIFE INSURANCE AND ANNUITY COMPANY | |
| Garnishee. | |

## ANSWER TO WRIT OF GARNISHMENT

On the date the Writ of Garnishment was issued as indicated by the date appearing on the last page of the writ,

(1) The defendant had a financial account with garnishee, and

(2) The garnishee had possession of retirement funds of the defendant, and

(3) The defendant is receiving $1500.34 per month from garnishee under an annuity which was purchased as a rollover in 2002 with funds from a 401(a) qualified plan, and

(4) Defendant chose a 10-year certain period of payment, and

(5) The first payment was made on July 19, 2002, and

(6) There are no liens or garnishments on the account, and

(7) The value of the account was $71,049.38 as of January 1, 2008.

The statements contained in the Answer to Writ of Garnishment are true and correct to the best of my knowledge, information and belief.

Dated: 4/24/08                                By: _____
                                              Scott Swensen
                                              Payout Services Operations Analyst

State of Connecticut )
)
County of Hartford ) Town of Windsor

Before me, a notary public, personally appeared <u>Scott Swensen</u>, who has shown to be the person who has signed this document and who has acknowledged to have signed this document as his/her free act and deed this 24th day of April, 2008.

*Nicole L. Molleur*
Nicole L. Molleur
Notary Public
My commission expires: 11/30/2009

**NICOLE L. MOLLEUR**
Notary Public Within and for
the State of Connecticut
MY COMMISSION EXPIRES NOV. 30, 2009

Notary form.doc