**DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA** RECEIVED
**NORTHERN DIVISION**

2008 MAY 20  A 10: 31

UNITED STATES OF AMERICA

**MISC NO.**  2:07MC3382-MHT

Plaintiff,

vs.

ANSWER TO WRIT OF
GARNISHMENT

WILEY THOMAS, JR

Defendant(s),

ING USA ANNUITY AND LIFE
INSURANCE COMPANY

Garnishee.

## ANSWER TO WRIT OF GARNISHMENT

On the date the Writ of Garnishment was issued as indicated by the date appearing on the last page of the writ,

(1)  The defendant had no financial account with garnishee, and

(2)  The garnishee formerly had possession of retirement funds of the defendant, and

(3)  The defendant withdrew all funds from the account on January 30, 2003.

The statements contained in the Answer to Writ of Garnishment are true and correct to the best of my knowledge, information and belief.

Dated:  May 19, 2008

By: _Ann H. Bierut_
Ann H. Bierut
Paralegal

Before me, a notary public, personally appeared Ann Bierut, who has shown to be the person who ahs signed this document and who has acknowledged to have signed this document as her free act and deed this 19th day of May, 2008.

_Stacy Selavka_
Stacy Selavka
Notary Public
My commission expires:  5/31/2010

STACY SELAVKA
Notary Public
My Commission Expires May 31, 2010

http://ebuying.americas.intranet/UPSShipping/1Z595F5801941787 56.html

05/19/2008

PAULA BURKE
860-723-2273
ING
ONE ORANGE WAY
WINDSOR CT 06095

**LTR**          **1 OF 1**

**SHIP TO:**
MS. DEBRA P. HACKETT
000-000-0000
U.S. DISTRICT COURT
ONE CHURCH STREET
**MONTGOMERY   AL 36104**



**AL 360 9-02**



**UPS NEXT DAY AIR**                **1**
TRACKING #: 1Z 595 F58 01 9417 8756



BILLING: P/P

Reference No. 1: UPS211483

XOL 02.10.12      NV50 75.0A 01/2008

  ™